

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-09-055-CV

A. RAY LEWIS, D.O.                                                APPELLANT

V.

PATRICIA WEBB COFFEY, INDIVIDUALLY,                              APPELLEES
AS LEGAL REPRESENTATIVE AND HEIR
OF THE ESTATE OF MABLE ANN WEBB,
DECEASED; AND CHARLES WILLIAM
WEBB, INDIVIDUALLY, AS LEGAL
REPRESENTATIVE AND HEIR OF THE
ESTATE OF MABLE ANN WEBB, DECEASED

----------

## FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties' "Joint Motion To Set Aside Or Vacate The Judgment And To Remand." It is the court's opinion that the motion should be granted. Accordingly, without regard to the merits, we vacate the trial court's judgment as to appellant A. Ray Lewis, D.O. only and remand the

---

[1] *See* Tex. R. App. P. 47.4.

case to the trial court for rendition of a judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W. 2d 387, 388 (Tex. 1995).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL: MEIER, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED: June 4, 2009